## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| **WILLIAM D. WARNER,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**TRINITY PETROLEUM MANAGEMENT, LLC AND RIMROCK RESOURCE OPERATING, LLC**,<br><br>Defendants. | Civil Action No. 1:25-cv-00748<br><br>Filed: March 7, 2025 |
| **AMBER LACY,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**TRINITY PETROLEUM MANAGEMENT, LLC AND RIMROCK RESOURCE OPERATING, LLC**,<br><br>Defendants. | Civil Action No.1:25-cv-00959<br><br>Filed: March 25, 2025 |
| **RILEY LANGDON, STEPHEN KYLE VOSS**, and **WHITNEY PAIGE PUTNAM**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**TRINITY PETROLEUM MANAGEMENT, LLC AND RIMROCK RESOURCE OPERATING, LLC**,<br><br>Defendants. | Civil Action No.1:25-cv-00966<br><br>Filed: March 26, 2025 |

i

### PLAINTIFFS' MOTION TO CONSOLIDATE CASES
### AND APPOINT INTERIM CLASS COUNSEL

Plaintiff William D. Warner in the case captioned, *Warner v. Trinity Petroleum Management, LLC and Rimrock Resource Operating, LLC*, No. 1:25-cv-00748, Plaintiff Amber Lacy in the case captioned, *Lacy v. Trinity Petroleum Management, LLC and Rimrock Resource Operating, LLC.*, No. 1:25-cv-00959, and Plaintiffs Riley Langdon, Stephen Kyle Voss, and Whitney Paige Putnam in the case captioned, *Langdon v. Trinity Petroleum Management, LLC and Rimrock Resource Operating, LLC*, No. 1:25-cv-00966, (collectively, "Plaintiffs"), hereby move this Court to enter an order consolidating the three (3) above-captioned cases (the "Related Actions") pursuant to Fed. R. Civ. P. 42(a), and all future related cases, and appointing William B. Federman of Federman & Sherwood as Interim Class Counsel ("Proposed Interim Class Counsel") pursuant to Fed. R. Civ. P. 23(g). This Motion is supported by the contemporaneously filed Memorandum of Law in Support.

As discussed in detail in the accompanying Memorandum of Law in Support, Consolidation is appropriate because: (i) the Related Actions involve identical parties and common issues of law and fact: (ii) the plaintiffs in each of the Related Actions seek to represent similar classes of persons (the "Class") whose personally identifiable information was impacted by the same data breach experienced by Defendants; and (iii) the Related Actions arise out of the same nucleus of operative fact.

In addition, Proposed Interim Class Counsel satisfies the elements of Fed. R. Civ. P. 23(g) and is well-suited to lead the prosecution of this litigation on behalf of Plaintiffs and the Class because, among other reasons, he has spent a significant amount of time and effort investigating and researching these cases, and is very familiar with the legal and factual issues in question, and

intends to pursue a strategy that works best for the interests of the putative Class that Plaintiffs seek to represent.

Proposed Interim Class Counsel focuses his practice on, and has extensive experience in, complex class action litigation, including data breach litigation—*i.e.*, the types of claims and allegations at issue in the Related Actions. Further, Proposed Interim Class Counsel's firm has the resources to effectively and efficiently pursue this action. Proposed Interim Class Counsel will work with other plaintiffs' counsel in the Related Actions to litigate this matter to a successful conclusion.

Defendant Trinity Petroleum Management, LLC does not oppose consolidation and takes no position on the appointment of leadership. Defendant Rimrock Resource Operating, LLC does not take any position on consolidation and the appointment of lead counsel.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order consolidating the Related Actions and appointing William B. Federman of Federman & Sherwood as Interim Class Counsel.

Dated: March 31, 2025.                    Respectfully submitted,


                                          /s/ William B. Federman
                                          William B. Federman
                                          **FEDERMAN & SHERWOOD**
                                          10205 N. Pennsylvania Ave.
                                          Oklahoma City, OK 73120
                                          T: (405) 235-1560
                                          F: (405) 239-2112
                                          E: wbf@federmanlaw.com

                                          ***Proposed Interim Class Counsel and Counsel for Plaintiff Warner***

                                          Tyler J. Bean
                                          **SIRI & GLIMSTAD LLP**
                                          745 Fifth Avenue, Suite 500

2

New York, New York 10151
Tel: (212) 532-1091
Email: tbean@sirillp.com

**Counsel for Plaintiff Lacy**

Liberato P. Verderame*
Marc H. Edelson*
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N300
Newtown, PA 18940
T: (215) 867-2399
medelson@edelson-law.com
lverderame@edelson-law.com

**Counsel for Plaintiffs Langdon, Voss, and Putnam**

## CERTIFICATE OF CONFERENCE PURSUANT TO D.C.COLO.LCIVR 7.1(A)

I, the undersigned certify that my law firm contacted counsel for Defendant Trinity Petroleum Management, LLC, Joshua Mooney of Kennedy law firm. Defendant Trinity Petroleum Management, LLC does not oppose consolidation and takes no position on the appointment of leadership.

Counsel for Defendant Rimrock Resource Operating, LLC, John Mills of Gordon Rees Scully Mansukhani, LLP, advised Defendant Rimrock Resource Operating, LLC does not take any position on consolidation and the appointment of lead counsel.

Dated: March 31, 2025

*/s/ William B. Federman*
William B. Federman

3

## CERTIFICATE OF SERVICE

The undersigned attorney of record hereby certifies that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: March 31, 2025

/s/ William B. Federman
William B. Federman

4