IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. District Judge S. Kato Crews**

---

Courtroom Deputy: Stephanie Price
Court Reporter: Mary George

Date: July 20, 2026

---

Case No.: 25-cv-00748-SKC-NRN

| Parties | Counsel |
|---|---|
| WILLIAM D. WARNER, *et al.*, | William B. Federman |
| Plaintiffs, | |
| v. | |
| TRINITY PETROLEUM MANAGEMENT, LLC, *et al.*, | Daniel Marvin (VTC) |
| | John Mills (VTC) |
| Defendants. | Nicole Duarte (VTC) |

## COURTROOM MINUTES

**FINAL APPROVAL (FAIRNESS) HEARING**

**Court in session: 10:43 a.m.**

Court calls case. Appearances of counsel.

Preliminary remarks made by the Court.

Discussion held regarding the settlement's fairness, reasonableness and adequacy and attorney's fees.

**ORDERED:** Plaintiffs' Motion For Attorney's Fees, Costs, and Service Awards and Incorporated Memorandum of Law in Support (ECF No. 64) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Plaintiffs' Unopposed Motion For Final Approval of Class Action Settlement and Memorandum of Law in Support (ECF No. 65) is **TAKEN UNDER ADVISEMENT.**

**Court in recess:** **11:02 a.m.**
Time in court: 00:19
Hearing concluded/continued.